UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

OF CIVIL CASES FROM

NOTICE OF REASSIGNMENT

CHARLES L. BRIEANT, U.S.D.J.

TO

CATHY SEIBEL, U.S.D.J.
------------------------------------------------X

Pursuant to the memorandum of the Case Processing Assistant, all pending civil cases assigned to Judge Charles L. Brieant are reassigned to the calendar of the Honorable Cathy Seibel, U.S.D.J. See the attached memorandum for a list of reassigned cases.

All future documents submitted in these actions shall bear the newly assigned judge's initials (CS) after the case number [eg. 7:00-CV-00000 (CS)].

The designated Magistrate Judge in each case shall remain the same.

Judge Seibel will be sitting in the U.S. Courthouse in White Plains, NY.

Questions may be directed to Judge Seibel's Courtroom Deputy Clerk, Ms. Alice Cama, at (914)390-4077.

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: August 5, 2008

J. Michael McMahon, CLERK

By: _____
Robert Rogers, Deputy-in-Charge

cc: Attorneys of Record

i:\FORMS\ASSIGN\Reass-Global.wpd

DATE: AUGUST 1, 2008

TO: CASE PROCESSING - WHITE PLAINS

FROM: DOROTHY GURANICH, CASE PROCESSING

RE: REASSIGNMENT OF CASES TO JUDGE SEIBEL FROM JUDGE BRIEANT

| CASE # | | TITLE OF CASE | |
|---|---|---|---|
| 1. | 97 CV 8125 | IDAHO POTATO | -V- M&M PRODUCE |
| 2. | 02 CV 0246 | U.S. PHILIPS | -V- PRINCO |
| 3. | 02 CV 5253 | SALAHUDDIN | -V- GOORD |
| 4. | 03 CV 0873 | PARSON | -V- SCHWARTZ |
| 4A. | 08 CV 2084 | PARSON | -V- SCHWARTZ |
| 5. | 03 CV 2168 | CULLEN | -V- VILLAGE OF PELHAM |
| 6. | 03 CV 4409 | WHITE PLAINS | -V- CINTAS |
| 7. | 04 CV 2129 | TERRANOVA | -V- STATE OF NY |
| 7A. | 04 CV 2130 | BALDWIN | -V- STATE OF NY |
| 7B. | 04 CV 2131 | OLIVER | -V- STATE OF NY |
| 8. | 04 CV 2758 | KEEBLER | -V- RATH |
| 9. | 04 CV 5566 | CUNNINGHAM | -V- DEPT. OF CORR. |
| 10. | 04 CV 6939 | MASSI | -V- FLYNN |
| 11. | 04 CV 7774 | HAYES | -V- SEVERAL UNKNOWN |
| 12. | 04 CV 9718 | JAQUITH | -V- SOUTH ORANGETOWN |
| 13. | 04 CV 9867 | STONEWELL | -V- CONESTOGA |
| 13A. | 05 CV 3286 | CONESTOGA | -V- STONEWELL |
| 14. | 05 CV 0737 | JOHN DOE | -V- CHILDREN'S VILLAGE |
| 15. | 05 CV 1966 | ROSENDALE | -V- MAHONEY |
| 16. | 05 CV 3610 | ASCENZO | -V- MEDTRONIC |
| 17. | 05 CV 6503 | JAV AUTO | -V- BEHRENS |
| 18. | 05 CV 6924 | IN RE PRESTIGE BRANDS HOLDINGS | |
| 18A. | 05 CV 7034 | SLOANE | -V- PRESTIGE |
| 18B. | 05 CV 7080 | WANG | -V- PRESTIGE |

| | | | |
|---|---|---|---|
| 18C. | 05 CV 7526 | PLUMBERS | -V- PRESTIGE |
| 18D. | 05 CV 7651 | LATTIMER | -V- PRESTIGE |
| 18E. | 05 CV 8215 | VASQUEZ | -V- PRESTIGE |
| 19. | 05 CV 7092 | SCHOTTENFELD | -V- WORKSTREAM |
| 20. | 05 CV 7283 | AMERICAN | -V- COSMEC |
| 21. | 05 CV 7887 | GUGLIELMO | -V- KOPALD |
| 22. | 05 CV 8089 | GERMAIN | -V- TRUM |
| 23. | 05 CV 8384 | LEEWARD | -V- SULLIVAN |
| 24. | 05 CV 8644 | CLARK | -V- TOWN OF LEWISBORO |
| 25. | 05 CV 9174 | GRILL | -V- PHILIP MORRIS |
| 25A. | 05 CV 9907 | CLINTON | -V- ALTRIA |
| 25B. | 05 CV 9908 | MULHOLLAND | -V- ALTRIA |
| 26. | 05 CV 10112 | IN RE FRONTIER INSURANCE GROUP | |
| 27. | 06 CV 0480 | GRAZIANO | -V- PATAKI |
| 28. | 06 CV 0644 | K.G. | -V- BD OF ED |
| 29. | 06 CV 0722 | DARQUEA | -V- JARDEN |
| 29A. | 06 CV 0920 | WHITEMYER | -V- JARDEN |
| 29B. | 06 CV 1313 | HEISER | -V- JARDEN |
| 29C. | 06 CV 1799 | ROBINSON | -V- JARDEN |
| 30. | 06 CV 1638 | FRANCIS | -V- A & E STORES |
| 31. | 06 CV 2231 | MANNINO | -V- QUEST |
| 32. | 06 CV 2236 | CRIQUE | -V- HOMOCIDE |
| 33. | 06 CV 2599 | RUGGIERO | -V- NYS DEPT OF CORR. |
| 34. | 06 CV 3092 | TR-RESEARCH | -V- YAHAL |
| 35. | 06 CV 3656 | PALACIO | -V- CITY OF NY |
| 36. | 06 CV 3864 | WOLFF | -V- TN OF MT PLEASANT |
| 37. | 06 CV 3898 | M.C. | -V- RYE NECK |
| 38. | 06 CV 3979 | FOGEL | -V- HACKETT |
| 39. | 06 CV 4127 | OSBORNE | -V- FERNANDEZ |
| 40. | 06 CV 4200 | BRYANT | -V- VASTA |
| 41. | 06 CV 4347 | PACICCA | -V- STEAD |

| | | | |
|---|---|---|---|
| 42. | 06 CV 4654 | HSN | -V- DRECO |
| 43. | 06 CV 4928 | EUGENIO | -V- WALDER |
| 44. | 06 CV 4993 | NORTHEAST | -V- WORLD GOURMENT |
| 45. | 06 CV 5126 | MAHONEY | -V- WAL-MART |
| 46. | 06 CV 5272 | JOHNSON | -V- CH ENERGY |
| 47. | 06 CV 5815 | RAMOS | -V- USA |
| 48. | 06 CV 5969 | NEW ROCHELLE | -V- REP. OF LIBERIA |
| 49. | 06 CV 5970 | NEW ROCHELLE | -V- REP. OF FEDERAL |
| 50. | 06 CV 5978 | BRAUNSTEIN | -V- BARBER |
| 51. | 06 CV 6108 | KASHELKAR | -V- VILLAGE OF SPRING |
| 52. | 06 CV 6846 | QUILLER | -V- CITY OF YONKERS |
| 53. | 06 CV 7086 | FLORES | -V- YONKERS BD OF ED |
| 54. | 06 CV 7199 | MCKINNEY | -V- NXP |
| 55. | 06 CV 7589 | SZEREDY | -V- POTTER |
| 56. | 06 CV 7764 | MEDICAL | -V- CARECORE |
| 57. | 06 CV 8175 | BROUDY | -V- CROLY |
| 58. | 06 CV 12887 | OTTE | -V- BRUSINSKI |
| 59. | 06 CV 12903 | CURTIS | -V- STATE FARM |
| 59A. | 07 CV 03232 | CURTIS | -V- STATE FARM |
| 60. | 06 CV 12970 | ZIMMERMAN | -V- HIGHLAND |
| 61. | 06 CV 13088 | COLONTONIO | -V- WORTH |
| 62. | 06 CV 13488 | FORSBERG | -V- ALWAYS |
| 63. | 06 CV 13681 | MARROW | -V- POTTER |
| 64. | 06 CV 13705 | LUKAIEWICZ | -V- NYC COMM. OF CORR. |
| 65. | 06 CV 13721 | FREED | -V- FIRST UNUM LIFE |
| 66. | 06 CV 14253 | AMERICAN | -V- NYS DEPT OF HEALTH |
| 67. | 06 CV 15537 | US FIDELITY | -V- APPELBAUM |
| 68. | 07 CV 0152 | HUTH | -V- HASLUN |

| | | | |
|---|---|---|---|
| 69. | 07 CV 0230 | TORRES | -V- DO IT BEST |
| 70. | 07 CV 0341 | GIANNASCA | -V- COMM. OF S.S. |
| 71. | 07 CV 0433 | TEPPERWIEN | -V- ENTERGY |
| 72. | 07 CV 0517 | WESTCHESTER | -V- E-PAYROLL |
| 73. | 07 CV 0612 | NOWAK | -V- CITY OF NY |
| 74. | 07 CV 0633 | BYRNES | -V- MAHON |
| 75. | 07 CV 1290 | MOTZ | -V- SULLIVAN CTY |
| 76. | 07 CV 1791 | CHLOE | -V- DESIGNER |
| 77. | 07 CV 1999 | VAN DUNK | -V- ST. LAWRENCE |
| 78. | 07 CV 2167 | CORRIGAN | -V- SMITH |
| 79. | 07 CV 2333 | RODRIGUEZ | -V- COMM. OF S.S. |
| 80. | 07 CV 2432 | TRUSTEES | -V- WDF |
| 81. | 07 CV 1331 | SUNBELT | -V- STEINFINK |
| 82. | 07 CV 1374 | HURSEY | -V- CITY OF NEWBURGH |
| 83. | 07 CV 1429 | WILSON | -V- CTY OF WESCHESTER |
| 84. | 07 CV 1747 | OLIPHANT | -V- ORANGE CTY |
| 85. | 07 CV 2642 | MANBECK | -V- MICKA |
| 86. | 07 CV 2696 | E.G. | -V- CITY SCHOOL |
| 87. | 07 CV 2790 | WILSON | -V- NORTHWESTERN |
| 88. | 07 CV 2861 | NEWMARK | -V- LAWRENCE |
| 89. | 07 CV 2866 | SINKOV | -V- SMITH |
| 90. | 07 CV 2878 | PIVEN | -V- LORANGER |
| 90A. | 07 CV 6339 | LEVY | -V- LORANGER |
| 90B. | 07 CV 7358 | REALE | -V- LORANGER |
| 91. | 07 CV 2881 | KG CORNWALL | -V- BEAZER |
| 92. | 07 CV 2914 | CARELLO | -V- NEW ROCHELLE |
| 93. | 07 CV 2916 | ALALI | -V- DEBARA |
| 94 . | 07 CV 3050 | BRYANT | -V- MEDIA RIGHT |

| | | | |
|---|---|---|---|
| 95. | 07 CV 3094 | DUNCAN | -V- SOUND SHORE |
| 96. | 07 CV 3318 | US FOR USE | -V- US SURETY |
| 97. | 07 CV 3432 | JOHN ANDRUS | -V- DAINES |
| 98. | 07 CV 3602 | SCHELBERG - | -V- SCHELBERG |
| 99. | 07 CV 3657 | BRIARWOOD | -V- TOLL BROS. |
| 100. | 07 CV 3718 | TROCKA | -V- ELI |
| 101. | 07 CV 3846 | MANOSALVES | -V- FUJITSU |
| 102. | 07 CV 3857 | ENCOMPASS | -V- DE L |
| 103. | 07 CV 4033 | PROGESSIVE | -V- BELTEM |
| 104. | 07 CV 4064 | TORNELL | -V- SANDERS |
| 105. | 07 CV 4065 | BLANCO | -V- BROGAN |
| 106. | 07 CV 4100 | MONROE | -V- JODOIN |
| 107. | 07 CV 5654 | ALOMAR | -V- RECARD |
| 108. | 07 CV 5714 | ONORATA | -V- COLAVITA |
| 109. | 07 CV 5891 | ROSARIO | -V- POTTER |
| 110. | 07 CV 5926 | HUFF | -V- MID HUDSON |
| 111. | 07 CV 6335 | USA | -V- SOBIECH |
| 112. | 07 CV 6517 | NGM INS. | -V- BLAKELY |
| 113. | 07 CV 6524 | REYES | -V- DOE |
| 114. | 07 CV 6533 | NEKTALOV | -V- JEFFERSON VALLEY |
| 115. | 07 CV 6542 | BAUZA | -V- MEDIACOM |
| 116. | 07 CV 6645 | HUNTER | -V- GOSHEN CENTRAL |
| 117. | 07 CV 6792 | SOUTHWIRE | -V- CREED |
| 118. | 07 CV 6941 | GUEVARA | -V- AMICONE |

ORIGINAL LEAD ACTION HAS BEEN CLOSED 07 CV 2862, WE WENT TO THE NEXT OPEN CASE TO BE THE LEAD ACTION

| | | | |
|---|---|---|---|
| 119A. | 07 CV 6946 | SMITH | -V- AMICONE |
| 119B. | 07 CV 7080 | AYALA | -V- AMICONE |
| 119C. | 07 CV 7597 | KLLAAPIJA | -V- AMICONE |
| 119D. | 07 CV 7600 | GONZALEZ | -V- AMICONE |

| | | | |
|---|---|---|---|
| 119E. | 07 CV 7692 | DZIKOVIC | -V- AMICONE |
| 119F. | 07 CV 8047 | ZHERKA | -V- MARTINEZ |
| 119G. | 07 CV 8048 | SAYEGH | -V- RAM |
| 119H. | 07 CV 8184 | LUKAJ | -V- AMICONE |
| 119I. | 07CV 8186 | AYALA | -V- CITY OF YONKERS |
| 119J. | 07 CV 9618 | ZHERKA | -V- AMICONE |
| 119K. | 07 CV 11251 | ZHERKA | -V- MARTINO |
| 119L. | 08 CV 1506 | BLASSBERG | -V- AMICONE |
| 119M. | 08 CV 2062 | ZHERKA | -V- BOGDANOS |
| 119N. | 08 CV 3469 | ZHERKA | -V- DIFIORE |
| 119O. | 08 CV 5756 | MORALES | -V- EDELMAN |
| 119P. | 08 CV 5757 | O'NEILL | -V- EDELMAN |
| 119Q. | 08 CV 5760 | AGOSTINO | -V- SIMPSON |
| 120. | 07 CV 6943 | LLAQUE | -V- CSC HOLDINGS |
| 121. | 07 CV 7066 | VALENTIN | -V- NYS DEPT OF CORR. |
| 122. | 07 CV 7075 | J.A. | -V- EAST RAMAPO |
| 123. | 07CV 7087 | DUNK | -V- BROWER |
| 124. | 07 CV7106 | BARRETT | -V- CTY OF DUTCHESS |
| 125. | 07 CV7197 | CORNELL | -V- FRED S. KELLER |
| 126. | 07 CV7230 | GLAUBER | -V- J.B. HUNT |
| 127. | 07 CV7286 | POTENZIANI | -V- METRO NORTH |
| 128. | 07 CV7444 | MIRDITA | -V- ATLANTIC |
| 129. | 07 CV7484 | DAYS | -V- GRAHAM |
| 130. | 07 CV7606 | SPACE AGE | -V- BD OF ED. |
| 131. | 07 CV7636 | DIPILATO | -V- 7 ELEVEN |
| 132. | 07 CV7637 | NY SMSA LIMITED PARTNERSHIP | |
| 133. | 07 CV7686 | MOLONEY | -V- NEW CENTURY |
| 134. | 07 CV7795 | MCLAUGHLIN | -V- WHITE PLAINS |
| 135. | 07 CV8083 | LONG | -V- CALACA |
| 136. | 07 CV8149 | ROSENDALE | -V- BRUSIE |
| 137. | 07 CV8192 | BOTTARI | -V- FISHER |
| 138. | 07 CV8214 | VALLE | -V- MORAN |
| 139. | 07 CV8232 | TOLBERT | -V- LOWE'S |

| | | | |
|---|---|---|---|
| 140. | 07 CV8413 | LANGFORD | -V- CTY OF WESTCHESTER |
| 141. | 07 CV8588 | CURTIS | -V- ALLSTATE INS. |
| 142. | 07 CV8675 | CURTIS | -V- STATE FARM |
| 143. | 07 CV8711 | MORELLI | -V- WAPPINGERS |
| 144. | 07 CV8780 | PEREZ | -V- TOWN OF BEDFORD |
| 145. | 07 CV8821 | BARBERAN | -V- WORLD SAVINGS |
| 146. | 07 CV 9296 | GOMEZ | -V- VILLAGE OF SLEEPY |
| 147. | 07 CV 9310 | GOMEZ | -V- VILLAGE OF SLEEPY |
| 148. | 07 CV 9355 | CASPI | -V- CITY OF RYE |
| 149. | 07 CV 9441 | DELITTA | -V- CITY OF MT. VERNON |
| 150. | 07 CV 9511 | BROADHURST | -V- COUNTY OF ROCKLAND |
| 151. | 07 CV 9621 | DE LUCA | -V- EQUIPMENT |
| 152. | 07 CV 9708 | MELTZ | -V- PUTNAM |
| 153. | 07 CV 9912 | ALALI | -V- CITY OF NEW ROCHELLE |
| 154. | 07 CV 10287 | RUSZKIEWICZ | -V- LAUER |
| 155. | 07 CV 10328 | UMEROSKI | -V- NOWAB HOTELS |
| 156. | 07 CV 10381 | MERRING | -V- TOWN OF TUXED |
| 157. | 07 CV 10468 | MASON | -V- VASSAR |
| 158. | 07 CV 10483 | TERMINI | -V- ROELLE |
| 159. | 07 CV 10682 | COX | -V- WARWICK |
| 160. | 07 CV 10704 | DE LA ROSA | -V- POTTER |
| 161. | 07 CV 10714 | HOFFMAN | -V- USA |
| 162. | 07 CV 11247 | BASILE | -V- SPAGNOLA |
| 163. | 07 CV 11254 | SORANO | -V- TAGGART |
| 164. | 07 CV 11257 | GUGLIELMO | -V- MAMARONECK |
| 165. | 07 CV 11466 | DECARLO | -V- CTY OF DUTCHESS |
| 166. | 07 CV 11472 | ARBEN | -V- HOOVER |

| | | | |
|---|---|---|---|
| 167. | 07 CV 11577 | CARROLL | -V- CTY OF MT. VERNON |
| 168. | 08 CV 0209 | DUNKIN' | -V- HUDSON |
| 169. | 08 CV 0218 | USA | -V- SOUTH FALLSBURG |
| 170. | 08 CV 0289 | WASSEFF | -V- HEALTH |
| 171. | 08 CV 0356 | LEFKOWITZ | -V- LEFKOWITZ |
| 172. | 08 CV 0358 | COBLY | -V- WOLPOFF |
| 173. | 08 CV 0403 | GONZALEZ | -V- ERCOLE |
| 174. | 08 CV 0508 | MINSKOFF | -V- MYCA |
| 174A. | 08 CV 0510 | SCORPIO | -V- 2220 EQUITIES |
| 174B. | 08 CV 0511 | MLP I | -V- MYCA |
| 175. | 08 CV 0515 | KONINKLIJKE | -V- CINRAM |
| 176. | 08 CV 0581 | TRUSTEES | -V- M.A. |
| 177. | 08 CV 0884 | POMPER | -V- COHEN |
| 178. | 08 CV 0990 | CASTLE | -V- OLD REPUBLIC |
| 179. | 08 CV 0998 | SRIKISHUN | -V- CITY OF YONKERS |
| 180. | 08 CV 1046 | SEQUERA | -V- DUNNIGAN |
| 181. | 08 CV 1083 | BUILDING | -V- A & A MAIN. |
| 182. | 08 CV 1117 | O'DONNELL | -V- METLIFE |
| 183. | 08 CV 1198 | GARCIA | -V- CTY OF NEWBURGH |
| 184. | 08 CV 1282 | CON ED | -V- BELCHER |
| 185. | 08 CV 1481 | BENSON | -V- CRANESVILLE |
| 186. | 08 CV 1545 | GREENBERG | -V- LITTMAN |
| 187. | 08 CV 1626 | PETEREC | -V- CTY OF SULLIVAN |
| 188. | 08 CV 1835 | SMITH | -V- CTY OF YONKERS |
| 189. | 08 CV 1846 | DUNN | -V- DUBOIS |
| 190. | 08 CV 1847 | TANDLICH | -V- MOLINA |
| 191. | 08 CV 1860 | BERGERNON | -V- LOWE'S |
| 192. | 08 CV 1917 | LAINEZ | -V- MURRY BRESKY |

| | | | |
|---|---|---|---|
| 193. | 08 CV 1950 | GOLDREICH | -V- CARLSON |
| 194. | 08 CV 2042 | DIEBER | -V- 1988 20 FT. |
| 194A. | 08 CV 3686 | PINAND | -V- 21 1999 RIVERA |
| 195. | 08 CV 2067 | GRELLA | -V- NATIONAL |
| 196. | 08 CV 2087 | BENDER | -V- JARVIS |
| 197. | 08 CV 2171 | MADISON | -V- MADISON |
| 198. | 08 CV 2388 | GULITZ | -V- DIBARTOLO |
| 199. | 08 CV 2389 | PAVONE | -V- PUGLISI |
| 200. | 08 CV 2397 | CABA | -V- CTY OF WHITE PLAINS |
| 201. | 08 CV 2407 | BELLANTONI | -V- GENERAL MOTORS |
| 202. | 08 CV 2410 | JULKA | -V- AUTO INS. CO. |
| 203. | 08 CV 2462 | TRUSTEES | -V- AUSSIE |
| 204. | 08 CV 2534 | NOVA | -V- TECH-ELEC |
| 205. | 08 CV 2989 | WEISS | -V- CIGNA |
| 206. | 08 CV 3153 | PALOMBO | -V- CRYSTAL |
| 207. | 08 CV 3158 | 31 | -V- VILLAGE OF SPRING |
| 208. | 08 CV 3414 | IN RE: DIANE H. KENNEDY | |
| 209. | 08 CV 3438 | SCHROEDER | -V- USA |
| 210. | 08 CV 3462 | LAVA | -V- AMURAO |
| 211. | 08 CV 3546 | MYERS | -V- YAMAHA |
| 212. | 08 CV 3682 | MIKUS | -V- CTY OF DUTCHESS |
| 213. | 08 CV 3704 | ANNUITY | -V- M.V.M. |
| 214. | 08 CV 3772 | KING | -V- USA |
| 215. | 08 CV 3870 | TRUSTEES | -V- PROFEX |
| 216. | 08 CV 3890 | MASON | -V- FRIEDBERG |
| 217. | 08 CV 3911 | GEIS | -V- SHELL OIL |
| 218. | 08 CV 3947 | USA | -V- ESTATE OF |
| 219. | 08 CV 4029 | KATZ | -V- LANIGAN |

| | | | |
|---|---|---|---|
| 220. | 08 CV 4066 | HUDSON | -V- CAMACHO |
| 221. | 08 CV 4068 | KOINKLIJKE | -V- ADS |
| 222. | 08 CV 4257 | AFP | -V- GENEXA |
| 223. | 08 CV 4273 | ALALI | -V- CTY OF NEW |
| 224. | 08 CV 4321 | TRUSTEES | -V- PUTNAM |
| 225. | 08 CV 4361 | GROSINGER | -V- SCHOENWALD |
| 226. | 08 CV 4409 | FELDMAN | -V- CONCORD |
| 227. | 08 CV 4488 | DOBRYAKOV | -V- VILLAGE OF |
| 228. | 08 CV 4525 | HERNANDEZ | -V- VILLAGE OF |
| 229. | 08 CV 4534 | JONES | -V- DUTCHESS |
| 230. | 08 CV 4696 | WILLIAMS | -V- CAMPANA |
| 231. | 08 CV 4720 | SCOTCHTOWN | -V- TN OF GOSHEN |
| 232. | 08 CV 4726 | PASCAL | -V- DIVERSIFIED |
| 233. | 08 CV 4752 | JANE DOE | -V- MARRACCINI |
| 233A. | 08 CV 4778 | PORTO | -V- MARRACCINI |
| 234. | 08 CV 4777 | LACHMANN | -V- MIDDLETOWN |
| 235. | 08 CV 4796 | ACLANDER | -V- VERITUDE |
| 236. | 08 CV 4864 | METROPOLITAN | -V- BELIN |
| 237. | 08 CV 4976 | ROCK | -V- RYE NECK |
| 238. | 08 CV 5039 | BD OF TRUSTEES | -V- BEHRENS |
| 239. | 08 CV 5046 | TRUSTEES | -V- BJY |
| 240. | 08 CV 5094 | STONER | -V- MASTERS |
| 241. | 08 CV 5143 | CIMA | -V- PASALIDES |
| 242. | 08 CV 5146 | TRUSTEES | -V- N. PICCO |
| 243. | 08 CV 5149 | WARNER | -V- DOES |
| 244. | 08 CV 5179 | PESCE | -V- NELSON |
| 245. | 08 CV 5256 | VALERI | -V- MARRACCINI |
| 246. | 08 CV 5330 | GERKA | -V- USA |

| | | | |
|---|---|---|---|
| 247. | 08 CV 5336 | VACCARIELLO | -V- XM |
| 248. | 08 CV 5349 | ANNUITY | -V- TARA-CON |
| 249. | 08 CV 5350 | ANNUITY | -V- ACK |
| 250. | 08 CV 5430 | BALDORS | -V- EAT |
| 251. | 08 CV 5535 | BERNACCHIA | -V- AETNA |
| 252. | 08 CV 5550 | TRUSTEES | -V- ISLAND |
| 253. | 08 CV 5570 | DEACON | -V- LOWES |

Case 7:08-cv-05330-KMK    Document 4-2    Filed 08/05/2008    Page 11 of 11