**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



GERKA

NOTICE OF REASSIGNMENT

-V-

7:08 CV 5330(KMK)(LMS)

US

-----------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of


    JUDGE: KENNETH M. KARAS

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


Dated:08/26/2008

J. Michael McMahon, CLERK

by: _____
               Deputy Clerk


CC:  Attorneys of Record

CASE REDESIGNATED TO: LISA M. SMITH


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004